O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS VARGAS, | CASE NO. CV 12-09150 CAS (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| BRIAN HAWS, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of JOSE LUIS VARGAS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 28, 2012

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE